■    ALBANY SAVINGS BANK, Appellant, v VIVIAN M. HEMINGWAY, Respondent, et al., Defendant.—Appeals from orders of the Supreme Court at Special Term, entered February 23, 1979 and July 6, 1979 in Albany County, which, respectively, granted the respondent's motion for summary judgment and denied plaintiff's motion for reargument. Orders affirmed, with costs to respondent, upon the opinion of Mr. Justice Klein at Special Term. Sweeney, J. P., Kane, Staley, Jr., Main and Herlihy, JJ., concur.